IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| MICHAEL SHEPPARD,<br><br>Plaintiff<br><br>VS.<br><br>IRA EDWARDS, *et al.*,<br><br>Defendants | NO.  3:08-CV-97 (CDL)<br><br>PROCEEDINGS UNDER 42 U.S.C. § 1983<br>BEFORE THE U.S. MAGISTRATE JUDGE |

## RECOMMENDATION

On November 4, 2008, plaintiff MICHAEL SHEPPARD was ordered to pay an initial partial filing fee of $4.82.  Tab #6.  In the same order, plaintiff SHEPPARD was advised that "failure to comply with this order shall result in the dismissal of plaintiff's complaint."

On December 10, 2008, in light of the plaintiff's failure to comply with the November 4th order requiring the payment of an initial partial filing fee, the undersigned ordered plaintiff SHEPPARD to **SHOW CAUSE** to the Court **no later than December 23, 2008**, why his case should not be dismissed.  Tab #7.  The court's order was sent to the address provided by plaintiff but was returned as *undeliverable* with the notation "RETURN TO SENDER-NOT DELIVERABLE AS ADDRESSED-UNABLE TO FORWARD."  Tab #8.

Clearly, plaintiff SHEPPARD has failed to comply with the court's orders of November 4th and December 10th.  Under these circumstances, IT IS RECOMMENDED that this action be DISMISSED.  Pursuant to 28 U.S.C. §636(b)(1), the parties may serve and file written objections to this RECOMMENDATION with the district judge to whom this case is assigned **WITHIN TEN (10) DAYS** after being served with a copy thereof.

The Clerk is directed to serve the plaintiff with a copy of this order by mailing it to him at the **LAST ADDRESS** provided by him.

SO RECOMMENDED, this 2nd day of JANUARY, 2009.



CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE