IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

MICHAEL SHEPPARD,                    *

      Plaintiff,            *

vs.                                  *
                        CASE NO. 3:08-CV-97 (CDL)
IRA EDWARDS, et al.,                 *

      Defendants.           *

_____      *


ORDER ON RECOMMENDATION OF UNITED STATES
MAGISTRATE JUDGE

After a *de novo* review of the record in this case, the Recommendation filed by the United States Magistrate Judge on January 2, 2009 is hereby approved, adopted, and made the Order of the Court.

IT IS SO ORDERED, this 5th day of February, 2009.


S/Clay D. Land
CLAY D. LAND
UNITED STATES DISTRICT JUDGE